UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMMANUEL OBIAGWU,

                Plaintiff,

         -against-

EDWAR AMEAN, MODY AMEAN, KLIK
PHOTOGRAPHY, MARIO DOE, ADEL
GHATTAS,

               Defendants.
------------------------------------------------------------------X

**ORDER**

**25-CV-6918 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Plaintiff, who is appearing *pro se,* brings this action under the Copyright Act and asserts several state law claims.  Because Plaintiff was granted the request to proceed IFP on October 16, 2025, Dkt. No. 6, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service.  Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Edwar Amean, Klik Tickets (at both service addresses), Mody Amean, Mario Doe, and Adel Ghattas through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for all Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).  Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

DATED:     New York, New York
           March 18, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1. Edwar Amean, 63 Figurea Ave, Staten Island, NY, 10312

2. Mody Amean, 63 Figurea Ave, Staten Island, NY, 10312

3. Klik Photography, 1557 Broadway Ave New York, NY, 10036 AND 63 Figurea Ave, Staten Island, NY, 10312.

4. Mario Amean, 63 Figurea Ave, Staten Island, NY, 10312

5. Adel Ghattas, 63 Figurea Ave, Staten Island, NY, 10312

6. Ahmed El Khaless, 63 Figurea Ave, Staten Island, NY, 10312