UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMMANUEL OBIAGWU,

                              Plaintiff,

            -v-

EDWAR AMEAN *et al.*,

                              Defendants.

---

25 Civ. 6918 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 24, 2026, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkts. 15–16. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend its complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by May 15, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by June 5, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that defendants rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by May 15, 2026. A reply from defendants shall be served by May 29, 2026. At the time any reply is served, the moving party shall supply the Court with a

---

[1] If defendant files a new motion to dismiss or rely on their previous motion, an opposition from plaintiff will be due 14 days thereafter, and a reply from defendant will be due seven days after that.

courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to

EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 27, 2026
       New York, New York

2