## In the United States District court
### Southern District of N

Emmanuel Obiagwu.

      Plaintiff

V.

Edwar Amean (EdwarNyc),
Mody Amean (Modynyc),
Klik Photography,
Mario Amean,
Adel Ghattas
Ahmed El Khaless,

      Defendants.

In accordance with Local Rule 7.2, counsel must provide Plaintiff with copies of cases and other authorities cited that are unpublished or reported exclusively on computerized databases. Counsel is to provide those copies electronically to Plaintiff. For cases that are available in reporters, Plaintiff may utilize the resources at the Second Circuit library located in the Thurgood Marshall Courthouse. If Plaintiff is still unable to find cases cited, Plaintiff may ask Defendant to provide the cases but must provide an explanation of the steps Plaintiff took to try to find the cases prior to asking Defendant to provide them.

The Clerk of Court is respectfully requested to close Dkt. Nos. 18 and 19.

SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 4, 2026

### MOTION FOR AN ORDER

Emmanuel Obiagwu, Proceeding Pro-se in the above reference matter requests this court for an order to direct Defendants to provide courtesy (electronic) copy of Caselaws cited in Defendants' Motion to dismiss. By way of background Plaintiff brings this case against defendants Edwar Amean, Mody Amean, Klik photography, Mario Amean, Adel Ghattas and Ahmed El Khales for matters involving Copyright Act 1976, Beach of contract, Stalking and other state claims. On October 16, 2025 Plaintiff's application to proceed without prepayment of fees was authorized and on March 18 this court ordered the United States Marshal services to assist Plaintiff in serving the Defendants.

Defendants appeared by Counsel and filed a Motion to dismiss all claims on April 24. On its Memorandum of law defendants cites seventy-seven (77) case laws including Fifty-five (55) federal case laws and Twenty-two (22) state case laws. Plaintiff who is proceeding Pro-se is not an attorney and is not registered with the bar, Plaintiff has no access to resources and libraries accessible only with a law license especially unpublished cases not yet available on official reporter. Other Federal Judges in the District have addressed this issue for example: Federal Judge John P. Cronan's individual rules involving Pro-se litigants States on **rule 2(c)**; *"Westlaw or Lexis citations shall be*

*provided, if available, to cases not available in an official reporter. Parties must provide copies of cases that are not available on Westlaw or Lexis.''* See also Jeannette A. Vargas **rule 4(c)** involving Pro-se litigants**:** *"Absent a pro se party consenting to receipt of electronic service, counsel in pro se cases must serve a pro se party with a paper copy of any document that is filed electronically and must file with the Court a separate''* On September 13, 2025 Plaintiff filed a consent to receive documents electronically (ECF.) Plaintiff respectfully asks this Court for an order to direct Defendant to provide electronic copies of all case laws cited in its Memorandum of law. In lack thereof of such, Plaintiff will face an undue hardship in responding to the Motion to dismiss.

Submitted by;

/s/ Emmanuel Obiagwu.

908-708-4090

EmmanuelObiagwu@gmail.com

_____

April 28, 2026