**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EMMANUEL OBIAGWU,

                  Plaintiff,

-against-

EDWAR AMEAN, MODY AMEAN, KLIK
PHOTOGRAPHY, MARIO DOE, ADEL
GHATTAS,

                  Defendants.
-------------------------------------------------------------------X

**ORDER**

**25-CV-6918 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This Court is in receipt of Defendants' Motion to Dismiss.  Dkt. No. 30.

Plaintiff is to file an Opposition by **July 17, 2026** and Defendants are to file a Reply,

if any, by **August 7, 2026**.


SO ORDERED.

DATED:    New York, New York
             June 15, 2026

                                                 _____
                                               JENNIFER E. WILLIS
                                               United States Magistrate Judge