**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

EMMANUEL OBIAGWU,

Plaintiff,

-against-

EDWAR AMEAN, MODY AMEAN, KLIK PHOTOGRAPHY, MARIO DOE, ADEL GHATTAS,

Defendants.

---------------------------------------------------------------X

**ORDER**

**25-CV-6918 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court for an Initial Case Management Conference ("ICMC") on July 23, 2026. As discussed during the conference, the Court ADOPTS the following case management plan:

- Discovery deadline: 1/15/27
- Depositions deadline (10 each side): 12/6/26
- Initial requests for documents must be made by: 8/27/26
- Responses to requests for documents must be made by: 10/13/26
- Subpoenas requesting third-party documents must be served by: 9/11/26
- Privilege logs to describe the materials held on grounds of privilege will be provided by: 10/13/26

SO ORDERED.

DATED: New York, New York
July 23, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge