**In the United States**
**Southern District**

Plaintiff's request is **DENIED** as premature and improper because this issue is not properly before the Court.

Plaintiff is encouraged to contact the Federal Pro Se Legal Assistance Project of the City Bar Justice Center which offers free, limited scope legal advice for pro se litigants. Plaintiff can fill out a form requesting assistance at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. The clinic can also be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org, as well as by in-person appointments in the Courthouse. **SO ORDERED.**

JENNIFER E. WILLIS
United States Magistrate Judge
August 7, 2026

Emmanuel Obiagwu.

Plaintiff

V.

Edwar Amean, et al,

Defendants.

**MOTION TO UNSEAL DEFENDANTS' SEALED RECORDS .**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Emmanuel Obiagwu and the Memorandum of Law filed herewith, plaintiff in this action will move this Court, before the Honorable Jennifer E Willis, Magistrate Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York, for an Order unsealing the NewYork District Attorney's Office's prosecution file of Defendants **Edwar Amean, Mody Amean and Mario Ameans**and such further appropriate relief as this Court deems just and proper.

Submitted by;
/s/ Emmanuel Obiagwu.
(908)-708-4090
EmmanuelObiagwu@gmail.com

July 31, 2026